◆AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

FILED

OCT - 3 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| ADRIAN NAJERA | Case Number: 12CR3672-RBB |
| | JAMI FERRARA |
| | Defendant's Attorney |

**REGISTRATION NO. 34646298**

☐

**THE DEFENDANT:**
☒ pleaded guilty to count(s) one of the Superseding Information.

☐ was found guilty on count(s) _____
    after a plea of not guilty.
    Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 41 CFR 102-74.390 | Impeding a Federal Officer on Property Under the Charge of the GSA | 1 |

    The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) ONE OF THE INFORMATION    is ☒   are ☐   dismissed on the motion of the United States.

☒ Assessment: $10.00 REMITTED/WAIVED.

☐ No fine      ☐ Forfeiture pursuant to order filed _____, included herein.

    IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

September 27, 2012
Date of Imposition of Sentence

_/s/ Ruben B. Brooks_
HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

12CR3672-RBB

AO 245B (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 3

DEFENDANT: ADRIAN NAJERA
CASE NUMBER: 12CR3672-RBB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TIME-SERVED.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

12CR3672-RBB

AO 245S     Judgment in Criminal Case
            Sheet 5 — Criminal Monetary Penalties

Judgment — Page  3  of  3

DEFENDANT: ADRIAN NAJERA
CASE NUMBER: 12CR3672-RBB

# FINE

The defendant shall pay a fine in the amount of ___$100.00___ unto the United States of America.

This sum shall be paid  ___ immediately.
                        _x_ as follows:

TO BE PAID BY 9/28/12.

The Court has determined that the defendant _does not_ have the ability to pay interest. It is ordered that:

___ The interest requirement is waived.

___ The interest is modified as follows:

12CR3672-RBB